# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **09-56513-CKP** |
| | § | |
| **PIERRON, JAMES P.** | § | Chapter 7 |
| | § | |
| | § | Judge: **Preston** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7.07 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent, PO Box 248809, Oklahoma City, OK 73124-8809 | 3 | 2.91 |
| Citi Bank serviced by Vericrest Financial Inc, 715 S Metropolitan Ste 150, Oklahoma City OK 73108-2057, Attn Loss Recovery | 7 | 4.16 |

Dated:  11/10/10

*/s/ Amy L. Bostic*
Amy L. Bostic, Case Trustee

cc:  U.S. Trustee
     Creditor